AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haddon, Sam E | District Court - Montana | 5/3/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ○ Nomination, Date  ○ Initial  ⊙ Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Court House 215 1st Avenue North Room 200 Great Falls, MT 59401 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 19 P 12: 16
FINANCIAL
DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E | 5/3/20 5 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.    2004 | DA De idsen - Pension Plan Distribution | 165,000 |

### B. Spouse's Non-Investment Income - (If you were married durin any portion of the reporting yea , please complete this section. Dollar amount no. required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.    University of Montana | May 23-28, Advanced Trial Advocacy Program (room & meals) $526.65 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American College of Trial Lawyers | Membership dues and meeting registration fees | $1,400 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Corp Backed Trust ATT | A | Interest | | | Sell | 8/3 | K | | |
| 2. BAC Cap Trust | A | Interest | | | Sell | 5/25 | J | | |
| 3. Citigroup Cap Trust | A | Interest | | | Sell | 4/28 | K | A | |
| 4. Cornerstone Realty | C | Dividend | | | Sell | 10/19 | K | | |
| 5. Glacier Preferred | B | Interest | J | T | | | | | |
| 6. Growth Fund of Am. - American Funds | A | Dividend | M | T | | | | | |
| 7. Investment Co of Am-American Funds | C | Dividend | M | T | | | | | |
| 8. National Rural Utilities | C | Interest | | | Sell | 5/3 | L | A | |
| 9. GWB, formerly known as Spectrum Cap | B | Interest | K | T | | | | | |
| 10. Team Financial | C | Dividend | L | T | | | | | |
| 11. Wachovia Preferred | A | Interest | | | Sell | 5/6 | K | B | |
| 12. Washington Mutual - Am Funds | C | Dividend | M | T | | | | | |
| 13. Wells Fargo | B | Interest | | | Sell | 5/25 | K | | |
| 14. Bausch & Lomb Bond | C | Interest | | | Sell | 12/15 | K | | |
| 15. Citi Group | B | Interest | K | T | | | | | |
| 16. Discover Bank CD | C | Interest | L | T | | | | | |
| 17. Discover Bank CD | C | Interest | L | T | | | | | |
| 18. Eastman Kodak | D | Interest | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and B4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Federal Home Loan Mortgage Corp | B | Interest | K | T | | | | | |
| 20. First Union | C | Interest | L | T | | | | | |
| 21. US West Cap | B | Interest | | | Sell | 1/6 | K | B | |
| 22. Southwest Air | B | Interest | K | T | | | | | |
| 23. Sears Roebuck | C | Interest | L | T | | | | | |
| 24. Puget Sound Energy | B | Interest | K | T | | | | | |
| 25. National Rural Utility | B | Interest | K | T | | | | | |
| 26. JP Morgan | B | Interest | K | T | | | | | |
| 27. Good Year Tire & Rubber | C | Interest | L | T | | | | | |
| 28. Goodyear Tire | C | Interest | I. | T | | | | | |
| 29. Ford Motor Credit | C | Interest | K | T | | | | | |
| 30. Motor Credit - Ford | C | Interest | K | T | | | | | |
| 31. Money Market - Wachovia Securities | A | Interest | M | T | | | | | |
| 32. First Interstate Bank | A | Interest | N | T | | | | | |
| 33. Sterling Financial Group | | None | | | Sell | 1/5 | J | D | |
| 34. Capital Income Builder | E | Dividend | N | T | | | | | |
| 35. | | | | | Buy | 8/10 | K | | |
| 36. | | | | | Buy | 2/11 | K | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Haddon, Sam E | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | Buy | 1/16 | L | | |
| 38. Dow Jones Select | A | Dividend | K | T | Buy | 12/28 | K | | |
| 39. EASY Growth Trsy Cert | | None | M | T | Buy | 12/22 | M | | |
| 40. Govt Tr Ct | | None | | | Buy | 6/22 | K | | |
| 41. | | | | | Sell | 11/15 | K | A | |
| 42. Ford Motor Credit 8% | A | Interest | | | Buy | 5/10 | K | | |
| 43. | | | | | Sell | 10/19 | K | B | |
| 44. Tenn Valley Auth | | None | | | Buy | 6/14 | K | | |
| 45. | | | | | Sell | 10/15 | K | A | |
| 46. Cat X | | None | | | Buy | 5/10 | L | | |
| 47. | | | | | Sell | 5/10 | L | A | |
| 48. TIGR X | | None | | | Buy | 7/1 | K | | |
| 49. | | | | | Sell | 11/15 | K | A | |
| 50. Money Market - Wachovia Securities - Personal Acct | A | Interest | J | T | Buy | 2/11 | J | | |
| 51. Capital Income Builder - Personal Acct | A | Dividend | K | T | Buy | 2/11 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $25,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Haddon, Sam E

Date of Report

5/3/2005

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief; and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat[████████████]                              Date _5/12/05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544